IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMANDA ZICHERMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF DELAWARE, *et al.*,<br><br>Defendants. | Civil Action No. 24-00162-RGA |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss (D.I. 15) is DENIED as to Counts II–V and GRANTED as to Count VI. Count VI is DISMISSED with prejudice.

IT IS SO ORDERED.

Entered this 10th day of January, 2025

_____
United States District Judge

1